```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06058
  MARGARET ARAUJO
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-4577
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/04/07 and confirmed on 09/19/07.

2. The case was dismissed after confirmation, 01/18/2008.

3. The Debtor paid a total of $ 1970.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | 17337.61 | .00 | .00 |
| ASSOCIATED RADIOLOGITS J | UNSECURED | NOT FILED | .00 | .00 |
| H & R ACCOUNTS INC | UNSECURED | NOT FILED | .00 | .00 |
| HEALTH SOUTH CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 549.20 | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | 35.40 | .00 | .00 |
| PROVIDIA HEALTH CTR | UNSECURED | NOT FILED | .00 | .00 |
| SEARS DENTAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | 1634.50 | .00 | .00 |
| SOUTHWEST MEDICAL AFFILI | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 467.33 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 674.11 | .00 | .00 |
| VILLAGE OF WORTH | UNSECURED | 750.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 710.03 | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 1069.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17337.61 | .00 | 5889.57 | .00 | 23227.18 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, GLEASON & MACMASTER             , was allowed $ 2500.00 and was paid $ 500.00 direct and $ 1881.35 through the plan.

The Trustee received $ 88.65 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 06058 MARGARET ARAUJO